**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE:   NANCY R MARTINEZ                                         CHAPTER 13
         801 KERRIA AVE                                          CASE NO. 26-70057-M-13
         MCALLEN, TX  78501

         DEBTOR

---

**NOTICE OF HEARING REGARDING (1) CONFIRMATION OF PROPOSED CHAPTER 13 PLAN, (2) VALUATION OF COLLATERAL, (3) DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE,  (4) CONVERSION OF CHAPTER 13 CASE, AND (5) ENTRY OF OTHER ORDERS CONCERNING ADMINISTRATION OF CASE**

---

The United States Bankruptcy Court will conduct a hearing on whether (1) to confirm the debtor(s) proposed bankruptcy plan, (2) dismiss this case, (3) convert this case under chapter 7, and/or (4) to enter other orders concerning the administration of this case.

There will be a hearing on **May 11, 2026  at  2:00 pm** at:

US Federal Courthouse
1701 W. Business Highway 83
Bentsen Tower, 10th Floor Courtroom
McAllen, TX  78501

You may attend in-person or virtually.  To attend virtually, you must connect by separate audio and video connections.  The audio connection is 832-917-1510.  The code is 999276.  The video connection is at gotomeet.me/JudgeRodriguez.  Click on the "Join the meeting" button, then click on the "Open Link" button. If it requests a passcode, type JudgeRodriguez.

Attached to this notice is a copy of the statistical cover sheet submitted by the debtor(s) with their proposed plan. This cover sheet serves as a summary of the plan.  A complete copy of the proposed plan is available from Clerk of the Court or the Debtor(s) Attorney.  The Court may consider the current plan or a modified plan at the confirmation hearing.

If you object to confirmation of the plan, you must file your objection at least seven days before the confirmation hearing and serve a copy of the objection on the debtor, the debtor(s) counsel, the Chapter 13 Trustee, and parties requesting notice.

If the plan is not confirmed, the Court may consider whether to dismiss this chapter 13 case due to unreasonable delay that is prejudicial to creditors.  The Court may also consider whether the case should be converted to a case under chapter 7 of the Bankruptcy Code.

The Court may also consider whether to enter other orders that are appropriate for administration of this case.

Dated: 03/09/2026

                                        /s/ Yvonne V. Valdez

#576

YVONNE V. VALDEZ, TRUSTEE
539 N. CARANCAHUA, SUITE 800
CORPUS CHRISTI, TX  78401-0823
(361)883-5786

## Exhibit A
## Plan Summary for Proposed Plan

### Disposable Income and Plan Payments

| (A) Projected Schedule "I" Income (From most recently filed Schedule I) | (B) Projected Schedule "J" Expenses (From most recently filed Schedule J) | (C) Projected Disposable Income (Column A minus Column B) | (D) Payment Amount to Trustee | (E) Beginning Month #[22] | (F) Ending Month # | (G) Total Monthly Trustee Payments[23] (Column D multiplied by number of months paid) |
|---|---|---|---|---|---|---|
| $16,051.39 | $3,551.39 | $12,500.00 | $12,500.00 | 1 | 60 | $750,000.00 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  | Grand Total | $750,000.00 |

### Projected Trustee Disbursements to Secured Creditors

| Name of Holder | Description of Collateral | Claim | Plan Int. Rate | Monthly Payment Amount | Starting Month # | Ending Month # | Total |
|---|---|---|---|---|---|---|---|
| Holder's Name: Nr/Sms/Cal  Treated under Plan Section: 8B | 801 Kerria Av | $310,881.00 |  |  |  |  |  |
| Check One:  ☐ Surrendered  ☐ Transferred  ☐ Retained (paid direct)  ☒ Retained (paid through Trustee)[24] | | | | | | | |
| Cure Claim |  | $14,000.00 | 0% | Pro Rata | 1 | 60 | $14,000.00 |
| Post-petition Claim |  |  |  |  |  |  |  |
| Rule 3002.1(c) Claim |  |  |  |  |  |  |  |
| Monthly Payment |  |  |  | $3,373.00 | 1 | 60 | $202,380.00 |
| Total Debt Claim |  |  |  |  |  |  |  |
| Monthly Refinance Payment (¶ 8D) |  |  |  |  |  |  |  |

---

[22]   This is the month in which the first payment is due for this amount.  The Debtor(s) must commence payments not later than 30 days after the petition date.

[23] The total amount of monthly payment includes Savings Fund established under Paragraph 20 of this Plan and Reserves established under Paragraph 21 of this Plan.

[24]   Amounts for Cure Claims, Monthly Payments, Total Debt Claims and Monthly Refinance Payments should be listed only if the box for "Retained (paid through Trustee)" is checked.

Effective July 15, 2025

| Name of Holder | Description of Collateral | Claim | Plan Int. Rate | Monthly Payment Amount | Starting Month # | Ending Month # | Total |
|---|---|---|---|---|---|---|---|
| Holder's Name: Trustee of Renee Martin <br><br> Treated under Plan Section: 8B | 310A Padre Blvd | $795,000.00 | | | | | |
| Check One:  ☐ Surrendered    ☐ Transferred  ☐ Retained (paid direct)    ☒ Retained (paid through Trustee) | | | | | | | |
| Cure Claim | | $22,000.00 | 0% | Pro Rata | 1 | 60 | $22,000.00 |
| Post-petition Claim | | | | | | | |
| Rule 3002.1(c) Claim | | | | | | | |
| Monthly Payment | | | | $4,260.00 | 1 | 60 | $277,200.00 |
| Total Debt Claim | | | | | | | |
| Monthly Refinance Payment (¶ 8D) | | | | | | | |
| Holder's Name: Sapphire CAI (HOA) <br><br> Treated under Plan Section:8B | 310A Padre Blvd | $6,712.43 | | | | | |
| Check One:  ☐ Surrendered    ☐ Transferred  ☐ Retained (paid direct)    ☒ Retained (paid through Trustee) | | | | | | | |
| Cure Claim | | | | | | | |
| Post-petition Claim | | | | | | | |
| Rule 3002.1(c) Claim | | | | | | | |
| Monthly Payment | | | | | | | |
| Total Debt Claim | | $6,712.43 | 8.5% | Pro Rata | 1 | 60 | $8,262.95 |
| Monthly Refinance Payment (¶ 8D) | | | | | | | |
| Holder's Name: Cameron County (2025 Taxes) <br><br> Treated under Plan Section: 8B | 310A Padre Blvd | $16,508.64 | | | | | |
| Check One:  ☐ Surrendered    ☐ Transferred  ☐ Retained (paid direct)    ☒ Retained (paid through Trustee) | | | | | | | |
| Cure Claim | | | | | | | |
| Post-petition Claim | | | | | | | |
| Rule 3002.1(c) Claim | | | | | | | |
| Monthly Payment | | | | | | | |
| Total Debt Claim | | $16,508.64 | 12% | Pro Rata | 1 | 60 | $22,033.53 |
| Monthly Refinance Payment (¶ 8D) | | | | | | | |

Effective July 15, 2025

| Holder's Name: City of McAllen | 801 Kerria Ave | $0.00 | | | | | |
|---|---|---|---|---|---|---|---|
| Treated under Plan Section:8C | | | | | | | |
| Check One:   ☐ Surrendered    ☐ Transferred   ☒ Retained (paid direct)    ☐ Retained (paid through Trustee) | | | | | | | |
| Cure Claim | | | | | | | |
| Post-petition Claim | | | | | | | |
| Rule 3002.1(c) Claim | | | | | | | |
| Monthly Payment | | | | | | | |
| Total Debt Claim | | | | | | | |
| Monthly Refinance Payment (¶ 8D) | | | | | | | |
| Holder's Name: Hidalgo County Drainage District No.1 | 801 Kerria Ave | $0.00 | | | | | |
| Treated under Plan Section:8C | | | | | | | |
| Check One:   ☐ Surrendered    ☐ Transferred   ☒ Retained (paid direct)    ☐ Retained (paid through Trustee) | | | | | | | |
| Cure Claim | | | | | | | |
| Post-petition Claim | | | | | | | |
| Rule 3002.1(c) Claim | | | | | | | |
| Monthly Payment | | | | | | | |
| Total Debt Claim | | | | | | | |
| Monthly Refinance Payment (¶ 8D) | | | | | | | |
| Holder's Name: Hidalgo County | 801 Kerria Ave | $0.00 | | | | | |
| Treated under Plan Section: 8C | | | | | | | |
| Check One:   ☐ Surrendered    ☐ Transferred   ☒ Retained (paid direct)    ☐ Retained (paid through Trustee) | | | | | | | |
| Cure Claim | | | | | | | |
| Post-petition Claim | | | | | | | |
| Rule 3002.1(c) Claim | | | | | | | |
| Monthly Payment | | | | | | | |
| Total Debt Claim | | | | | | | |
| Monthly Refinance Payment (¶ 8D) | | | | | | | |

30

| Holder's Name: South Texas College _____ Treated under Plan Section: 8C | 801 Kerria Ave | $0.00 | | | | | |
|---|---|---|---|---|---|---|---|
| Check One:  ☐ Surrendered  ☐ Transferred  ☒ Retained (paid direct)  ☐ Retained (paid through Trustee) | | | | | | | |
| Cure Claim | | | | | | | |
| Post-petition Claim | | | | | | | |
| Rule 3002.1(c) Claim | | | | | | | |
| Monthly Payment | | | | | | | |
| Total Debt Claim | | | | | | | |
| Monthly Refinance Payment (¶ 8D) | | | | | | | |
| Holder's Name: McAllen ISD _____ Treated under Plan Section: 8C | 801 Kerria Ave | $0.00 | | | | | |
| Check One:  ☐ Surrendered  ☐ Transferred  ☒ Retained (paid direct)  ☐ Retained (paid through Trustee) | | | | | | | |
| Cure Claim | | | | | | | |
| Post-petition Claim | | | | | | | |
| Rule 3002.1(c) Claim | | | | | | | |
| Monthly Payment | | | | | | | |
| Total Debt Claim | | | | | | | |
| Monthly Refinance Payment (¶ 8D) | | | | | | | |
| Holder's Name: South Texas School _____ Treated under Plan Section: | 801 Kerria Ave | $0.00 | | | | | |
| Check One:  ☐ Surrendered  ☐ Transferred  ☒ Retained (paid direct)  ☐ Retained (paid through Trustee) | | | | | | | |
| Cure Claim | | | | | | | |
| Post-petition Claim | | | | | | | |
| Rule 3002.1(c) Claim | | | | | | | |
| Monthly Payment | | | | | | | |
| Total Debt Claim | | | | | | | |
| Monthly Refinance Payment (¶ 8D) | | | | | | | |

31

| Holder's Name: City of South Padre _____ Treated under Plan Section: 8C | 310A Padre Blvd | $0.00 | | | | | |
|---|---|---|---|---|---|---|---|
| Check One:   ☐ Surrendered   ☐ Transferred   ☒ Retained (paid direct)   ☐ Retained (paid through Trustee) | | | | | | | |
| Cure Claim | | | | | | | |
| Post-petition Claim | | | | | | | |
| Rule 3002.1(c) Claim | | | | | | | |
| Monthly Payment | | | | | | | |
| Total Debt Claim | | | | | | | |
| Monthly Refinance Payment (¶ 8D) | | | | | | | |

| Holder's Name: Port Isabel Navigation District _____ Treated under Plan Section: 8C | 310A Padre Blvd | $0.00 | | | | | |
|---|---|---|---|---|---|---|---|
| Check One:   ☐ Surrendered   ☐ Transferred   ☒ Retained (paid direct)   ☐ Retained (paid through Trustee) | | | | | | | |
| Cure Claim | | | | | | | |
| Post-petition Claim | | | | | | | |
| Rule 3002.1(c) Claim | | | | | | | |
| Monthly Payment | | | | | | | |
| Total Debt Claim | | | | | | | |
| Monthly Refinance Payment (¶ 8D) | | | | | | | |

| Holder's Name: Point Isabel ISD _____ Treated under Plan Section: 8C | 310A Padre Blvd | $0.00 | | | | | |
|---|---|---|---|---|---|---|---|
| Check One:   ☐ Surrendered   ☐ Transferred   ☒ Retained (paid direct)   ☐ Retained (paid through Trustee) | | | | | | | |
| Cure Claim | | | | | | | |
| Post-petition Claim | | | | | | | |
| Rule 3002.1(c) Claim | | | | | | | |
| Monthly Payment | | | | | | | |
| Total Debt Claim | | | | | | | |
| Monthly Refinance Payment (¶ 8D) | | | | | | | |

Effective July 15, 2025

| Holder's Name: Cameron County (2026+)  ___  Treated under Plan Section: 8C | 310A Padre Blvd | $0.00 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Check One: ☐ Surrendered   ☐ Transferred   ☒ Retained (paid direct)   ☐ Retained (paid through Trustee) | | | | | | | | |
| Cure Claim | | | | | | | | |
| Post-petition Claim | | | | | | | | |
| Rule 3002.1(c) Claim | | | | | | | | |
| Monthly Payment | | | | | | | | |
| Total Debt Claim | | | | | | | | |
| Monthly Refinance Payment (¶ 8D) | | | | | | | | |

| Holder's Name: South Texas ISD  ___  Treated under Plan Section: 8C | 310A Padre Blvd | $0.00 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Check One: ☐ Surrendered   ☐ Transferred   ☒ Retained (paid direct)   ☐ Retained (paid through Trustee) | | | | | | | | |
| Cure Claim | | | | | | | | |
| Post-petition Claim | | | | | | | | |
| Rule 3002.1(c) Claim | | | | | | | | |
| Monthly Payment | | | | | | | | |
| Total Debt Claim | | | | | | | | |
| Monthly Refinance Payment (¶ 8D) | | | | | | | | |

| Holder's Name: Laguna Madre Water District (2026+)  ___  Treated under Plan Section: 8C | 310A Padre Blvd | $0.00 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Check One: ☐ Surrendered   ☐ Transferred   ☒ Retained (paid direct)   ☐ Retained (paid through Trustee) | | | | | | | | |
| Cure Claim | | | | | | | | |
| Post-petition Claim | | | | | | | | |
| Rule 3002.1(c) Claim | | | | | | | | |
| Monthly Payment | | | | | | | | |
| Total Debt Claim | | | | | | | | |

33

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Monthly Refinance Payment (¶ 8D) | ■ | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Holder's Name: Texas Southmost College District**<br><br>Treated under Plan Section: 8C | 310A Padre Blvd | $0.00 | ■ | ■ | ■ | ■ | ■ |
| Check One:  ☐ Surrendered  ☐ Transferred  ☒ Retained (paid direct)  ☐ Retained (paid through Trustee) | | | | | | | |
| Cure Claim | ■ | | | | | | |
| Post-petition Claim | ■ | | ■ | | | | |
| Rule 3002.1(c) Claim | ■ | | ■ | | | | |
| Monthly Payment | ■ | | | | | | |
| Total Debt Claim | ■ | | | | | | |
| Monthly Refinance Payment (¶ 8D) | ■ | | | | | | |
| **Holder's Name: Randolph**<br><br>Treated under Plan Section: 9A | 2014 Porsche Panamera | $41,599.00 | ■ | ■ | ■ | ■ | ■ |
| Check One:  ☐ Surrendered  ☐ Transferred  ☐ Retained (paid direct)  ☒ Retained (paid through Trustee) | | | | | | | |
| Cure Claim | ■ | | | | | | |
| Post-petition Claim | ■ | | ■ | | | | |
| Rule 3002.1(c) Claim | ■ | | ■ | | | | |
| Monthly Payment | ■ | | | | | | |
| Total Debt Claim | ■ | $41,599.00 | 8.5 %<br> | $343.75<br>$2,087.56<br>$2,105.00 | 1<br>3<br>4 | 2<br>3<br>26 | $687.50<br>$2,087.56<br>$48,415.00 |
| Monthly Refinance Payment (¶ 8D) | ■ | | | | | | |
| | | **Total of Payments to Secured Creditors** | | | | | $593,890.59 |

34

**Projected Trustee Disbursements to Priority Creditors**

| Name of Holder | Nature of Priority (Taxes, Attorneys Fees, DSO, etc.) | Claim | Int. Rate | Monthly Payment Amount | Beg. Month # | End Month # | Total |
|---|---|---|---|---|---|---|---|
| Holder's Name: Hooman Khoshnood Law PC<br><br>_____<br>Treated under Plan Section: 6A | Attorney's Fees | $3,500.00 | 0% | $2,913.25<br>$586.75 | 1<br>2 | 1<br>2 | $2,913.25<br>$586.75 |
| | | | | | | **Total of Payments to Priority Creditors** | $3,500.00 |

**Projected Savings Fund**

| Monthly Payment Amount | Beginning Month # | End Month # | Total |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | **Total of Savings Fund** | |

**Projected Trustee Reserve Funds**

| Reserve Fund Type[25]<br>(Ad Valorem Taxes, HOA) | | Total |
|---|---|---|
| | | |
| | | |
| | | |
| | **Total of Reserve Funds** | |

---

[25] List Reserves for ad valorem taxes and homeowner association fees by property.

35

## SUMMARY

| | | |
|---|---|---|
| 1 | Total Payments to Trustee | $751,800.00 |
| 2 | Less Posted Chapter 13 Trustee Fee[26] | $75,180.00 |
| 3 | Less Total Payments by Trustee to Secured Creditors | $597,066.55 |
| 4 | Less Total Payments by Trustee to Priority Creditors, Including Debtor(s)' Attorney (§§507(a)(1) – (a)(10)) | $3,500.00 |
| 5 | Less Total Savings Fund | $0.00 |
| 6 | Less Total Reserve Funds | $0.00 |
| 7 | Net Available for General Unsecured Creditors (Line 1 minus lines 2-6) | $76,053.45 |

## Best Interest of Creditors Test

| | | |
|---|---|---|
| 8 | Total Non-Exempt Property | **$155,132.93** |
| 9 | Compensation to Debtor's counsel paid under 11 U.S.C. §330(a)(1) | **$3,500.00** |
| 10 | Direct payments by Debtor(s) under Paragraph 27 of the Plan in satisfaction of prepetition priority claims | **$0.00** |
| 11 | Total Distributions to Priority and General Unsecured Creditors (line 4 plus line 7, plus line 10, minus line 9) | **$76,053.45** |
| 12 | Excess satisfaction of Best Interest of Creditors Test (line 11 minus line 8) | **$0.00** |
| 13 | Estimated Total General Unsecured Claims | **$74,629.00** |
| 14 | Forecast % Dividend on General Unsecured Claims (line 7 divided by line 13) | **100%** |
| 15 | If the forecast in line 14 is 100%, check one:<br>[  ] The 100% dividend is required by the Debtor(s)' Projected Disposable Income.<br>[ X] The 100% dividend is required because the value of non-exempt property exceeds the amount of allowed unsecured claims.<br>[  ] Based on Debtor(s) disposable income, the 100% dividend is merely an estimate.  It is not required to be maintained at 100%. | |

---

[26] The Posted Chapter 13 Trustee Fee is based on the percentage listed on the Court's website.

36

Effective July 15, 2025