## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## IN THE MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | **CASE NO. 26-70057** |
| **NANCY RODRIGUEZ MARTINEZ** | § | |
| **DEBTOR** | § | **CHAPTER 13 CASE** |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**RENEE MARTIN, TRUSTEE OF THE RENEE MARTIN SURVIVOR'S LIVING TRUST,** party in interest herein, request, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that copies of all notices, documents, and pleadings filed and/or served in the above referenced bankruptcy case be sent to its attorneys of record, THE LAW OFFICE OF KURT STEPHEN, PLLC, as addressed below:

Mr. Kurt Stephen
The Law Office of Kurt Stephen, PLLC
100 South Bicentennial
McAllen, Texas  78501-7050

Respectfully submitted this 22ND day of April, 2026.

*THE LAW OFFICE OF KURT STEPHEN, PLLC*


By:      */S/KURT STEPHEN*
          KURT STEPHEN
          **Counsel for Movant**
          State Bar No. 19147500
          100 South Bicentennial
          McAllen, Texas  78501-7050
          (956) 631-3381 - Telephone
          (956) 402-3001 - Facsimile

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 22nd day of April, 2026  the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, pursuant to Bankruptcy Local Rule 5005 and the Administrative Procedures for Electronic Filing  and a true and correct copy of the foregoing has been served via electronic means through the Court's electronic filing system to all parties receiving notice via ECF in this case and/or, to those not served electronically, mailed by First Class, United States Mail, postage pre-paid, to all parties as shown on the attached Service List.  (Although the Service List is filed with the Court it is omitted from the mailout.  You may obtain a copy of the Service List by request from my office).

*/S/KURT STEPHEN*
Kurt Stephen