IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
IN THE MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 26-70057 |
| NANCY RODRIGUEZ MARTINEZ | § | |
| DEBTOR | § | CHAPTER 13 CASE |

OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN (DOC.#4)
BY RENEE MARTIN, TRUSTEE
(SPI CONDO)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES, RENEE MARTIN, TRUSTEE ("Movant"), a party in interest in the above captioned bankruptcy case, and files this her Objection To Confirmation of Debtor's Chapter 13 Plan (Doc.#4) filed with the United States Bankruptcy Court on February 27, 2026, and would respectfully show the court as follows:

1. The above-named Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on or about February 27, 2026.

2. On information and belief Debtor, Nancy Rodriguez Martinez, currently resides at 801 Kerria Ave, McAllen, TX 78501.

3. Movant is currently located at 3920 N. Shary Road, Palmhurst, Texas 78573.

4. This debt arises from the following:

On or about September 18, 2023, Debtor executed a Real Estate Lien Note ("Note"), in the original principal amount of Seven Hundred Twenty-Two Thousand Five Hundred and no/100 Dollars ($722,500.00) plus 6.50% annual interest rate on unpaid principal amount from the date of the Note.   The real estate is further described as:

**Residence Number One Thousand Four Hundred Four (1404), SAPPHIRE CONDOMINIUMS, in the City of South Padre Island, Cameron County, Texas, according to Residential Condominium Declaration dated November 30, 2005, recorded in Volume 12017, Page 81, Official Records of Cameron County, Texas, amended in First Amendment dated July 11, 2008, recorded in Volume 15257, Page 236, Official Records of Cameron County, Texas, and in Supplemental Residential Condominium Declaration dated July 14, 2008, recorded in Volume 15257, Page 247, Official Records of Cameron County, Texas, together with an undivided interest in the general common elements as described in said Residential Declaration (the "Property" and/or "Condo") with an address of 310A Padre Blvd., South Padre Island, Texas.**

5.   The Debtor filed a Chapter 13 Plan (Doc.#4) on February 27, 2026 (the "Plan").

6.   Movant objects to the Plan because Debtor is proposing paying $4,260.00 (which is an incorrect mortgage payment, should be $4,566.69) after paying HOA and taxes but she doesn't meet feasibility because she already has a history of not paying HOA nor property taxes.

7.   Movant further objects to the Plan in that the pre-petition arrearage amount in incorrect and Movant will timely file its Proof of Claim to disclose the pre-petition arrearage amount owing to Movant.

8.   Debtor's personal expenses are significant, see Doc.#27, Amended Schedule J- Expenses totaling $3,845.39 monthly including $1,063.00 for food/housekeeping, $450.00 for medical/dental expenses and $500.00 for transportation and $200.00 for music. Vehicle insurance for a Porcshe, Hummer and F150 Ford at $270.00.

9.   Essentially, Debtor's business appears to include leasing the Condo for AirBNB rentals, using the proceeds to pay her personal living expenses, all the while (prior to bk) not paying HOA or property taxes on the Condo.

10.   The Chapter 13 Debtor, will have to generate enough AirBNB rental income to pay her proposed living expenses (Doc.#27, Amended Schedule J, Pages 4 thru 7), her current HOA fees and property taxes, and also pay prior delinquent HOA and property taxes over the life of the Plan. The Plan is speculative and not feasible.

11.   On information obtained from the Texas Secretary of State website it shows that one of the Debtor's employers, River Valley Real Estate Processing, LLC (Doc.#27, Amended Schedule J, Page 3 of 7), forfeited existence since February 21, 2025.

12.   In review of the case docket, the Debtor has not filed her most recent tax return(s) with the bankruptcy court.

13.   Movant further objects to the Plan in that Debtor must prove future Airbnb rental income, which is speculative.

14.   The Plan is not feasible under 11 U.S.C. § 1325(a)(6).

WHEREFORE, Renee Martin requests that the Court deny confirmation and require amendment of the Plan or surrender of the SPI Condo to meet the objections and granting such other and further relief to which Movant may show herself justly entitled.

Dated this 4th, day of May, 2026.

Respectfully Submitted,
THE LAW OFFICE OF KURT STEPHEN, P.L.L.C.

By:      */S/KURT STEPHEN*
KURT STEPHEN
Counsel for Movant
State Bar No. 19147500
100 South Bicentennial
McAllen, Texas 78501
(956) 631-3381 Telephone
(956) 402-3001 Facsimile

CERTIFICATE OF SERVICE

I, Kurt Stephen, hereby certify that on this 4th day of May 2026 a true and correct copy of the foregoing **OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN (Doc.#4)** was mailed by First Class, United States Mail, postage pre-paid, to all parties as shown on the attached Service List. Although the Service List is filed with the Court it is omitted from the mailout.  You may obtain a copy of the Service List by request from my office.

*/S/KURT STEPHEN*
KURT STEPHEN
State Bar No. 19147500