IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
IN THE MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 26-70057 |
| NANCY RODRIGUEZ MARTINEZ | § | |
| DEBTOR | § | CHAPTER 13 CASE |

## CERTIFICATE OF SERVICE

I hereby certify that on this 7TH day of May, 2026 a true and correct copy of the foregoing **PROOF OF CLAIMS: CLAIM NO.  22 and CLAIM NO. 23** were filed by **RENEE MARTIN, TRUSTEE OF THE RENEE MARTIN SURVIVOR'S LIVING TRUST** were transmitted electronically pursuant to Bankruptcy Local Rule 5005 and the Administrative Procedures for Electronic Filing and or, to those not served electronically, mailed by First Class, United States Mail, postage pre-paid, to the parties listed below:

**Debtor**
Nancy Rodriguez Martinez
801 Kerria Ave
McAllen, TX 78501

**Client**
Renee Martin, Trustee of the Renee Martin Survivor's Living Trust
3920 N Shary Road
Palmhurst, TX 78573

**The following were Electronically Served via BLR 5005 and Administrative Procedures for Electronic Filing:**

**Debtor's Counsel**
Hooman Khoshnood
Hooman Khosnood Law, PC
505 E Huntland Dr., Ste. 295
Austin, TX 78752

**Chapter 13 Trustee**
Yvonne V. Valdez
539 N Carancahua, Ste. 800
Corpus Christi, Texas 78401

/S/KURT STEPHEN
KURT STEPHEN
100 South Bicentennial
McAllen, Texas 78501