**Fill in this information to identify your case and this filing:**

Debtor 1 ___Nancy Rodriguez Martinez___
First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Southern District of Texas

Case number ___26-70057___

☒ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

1.1. ___310A Padre Blvd___
Street address, if available, or other description

Unit 1404

___South Padre Island___  ___TX___  ___78597___
City    State    ZIP Code

___Cameron County___
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☒ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**  **Current value of the portion you own?**
$ 970,774.00   $ 970,774.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee simple

☐ **Check if this is community property**

If you own or have more than one, list here:

1.2. ___801 Kerria Ave___
Street address, if available, or other description

_____

___Mcallen___  ___TX___  ___78501___
City    State    ZIP Code

___Hidalgo County___
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  **Current value of the portion you own?**
$ 299,080.00   $ 299,080.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee simple

☐ **Check if this is community property**
(see instructions)

Debtor 1 ___Nancy Rodriguez Martinez_____    Case number (*if known*)__26-70057_____
      First Name      Middle Name      Last Name

---

1.____

_____
Street address, if available, or other description

_____

_____
City          State    ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $_____ | $_____ |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** .................................................➔ | $ 1,269,854.00 |

---

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.  Make: Ford _____
      Model: F 150 _____
      Year: 2010
      Approximate mileage: _____
      Other information:
      Condition:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $ 4,250.00 | $ 4,250.00 |

If you own or have more than one, describe here:

3.2.  Make: Hummer _____
      Model: _____
      Year: 2003
      Approximate mileage: _____
      Other information:
      Condition:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $ 6,000.00 | $ 6,000.00 |

Debtor 1 Nancy Rodriguez-Martinez
First Name  Middle Name  Last Name

Case number *(if known)* 26-70057

---

3.3. Make: Prosche

Model: Panamera

Year: 2014

Approximate mileage: _____

Other information:

Condition: Good; transmission problem

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** | **Current value of the portion you own?**

$27,500.00 | $27,500.00

---

___ Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** | **Current value of the portion you own?**

$_____ | $_____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

---

4.1. Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** | **Current value of the portion you own?**

$_____ | $_____

---

If you own or have more than one, list here:

4.2. Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** | **Current value of the portion you own?**

$_____ | $_____

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..................................................................................................... ➜ $37,750.00

Debtor 1  Nancy Rodriguez Martinez
First Name   Middle Name   Last Name

Case number (*if known*) 26-70057

## Part 3:   Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe. ........

6 mattresses $1100, 7 bed frames $925, 6 night stands $420, 4 dressers $650, desk $70, chair $15, 2 old leather sofa sets $1600, wood coffee table $200, bookshelves $500, dining table with 6 chairs $150, 6 bar stools $250, 30 plates and bowls $50, 20 coffee mugs $25, 45 cutlery $25, 24 pots and pans $72, patio furniture $400, 4 foldable chairs $20

$ 6,472.00

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe. ........

3 cellphones $150, headphones $40, iPad $500, laptop $300, desktop computer $100, 2 air fryer $60, 5 TV's $1,025, Apple Watch $200

$ 2,375.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe. .........

$ 0.00

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe. .........

bend set $200, bicycle $50

$ 250.00

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe. .........

$ 0.00

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe. .........

15 blouses $45, 5 pairs of jeans $25, 20 pairs of dress pants $100, 7 dresses $105, 20 jackets $200, 12 heels $60, 1 tennis shoes $5, 6 sandals $6, 2 shorts $1, 3 purses $125

$ 678.00

**12. Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe. .........

20 custom earrings $40, 3 pairs of gold earrings $300, 5 pairs of silver earrings $70, 7 customs rings $35, 3 silver rings $45, 1 gold ring $80, 3 watches $90

$ 660.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe. .........

2 cats (no economical value), 1 turtle

$ 0.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information...............

$ 0.00

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..................................................... ➔

$ 10,435.00

Debtor 1    Nancy Rodriguez Martinez
        First Name    Middle Name    Last Name                    Case number *(if known)* 26-70057

---

## Part 4:    Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes..........................................................................................................................    Cash: ....................   $_____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes....................    Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | CashApp | $ 0.00 |
| 17.2. Checking account: | Movement Bank Acct 1014 | $ 0.99 |
| 17.3. Savings account: | | $_____ |
| 17.4. Savings account: | | $_____ |
| 17.5. Certificates of deposit: | | $_____ |
| 17.6. Other financial account: | Simmons Bank (NFS) | $ 833.62 |
| 17.7. Other financial account: | Movement Bank (Joint w NFS) Acct 9516 | $ 7.83 |
| 17.8. Other financial account: | Movement Bank Checking Acct 0921 | $ 19.28 |
| 17.9. Other financial account: | | $_____ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................
Institution or issuer name:

_____    $_____
_____    $_____
_____    $_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them. ......................

| Name of entity: | % of ownership: | |
|---|---|---|
| Triumphant Residential and Commercial Investments LLC | 100 % | $ 0.00 |
| | _____ % | $_____ |
| | _____ % | $_____ |

Debtor 1    Nancy Rodriguez Martinez

First Name     Middle Name        Last Name

Case number (*if known*) 26-70057

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific
    information about
    them. .....................
    Issuer name:

    _____   $_____
    _____   $_____
    _____   $_____

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each
    account separately.        Institution name:
    Type of account:

    | | | |
    |---|---|---|
    | 401(k) or similar plan: | _____ | $_____ |
    | Pension plan: | _____ | $_____ |
    | IRA: | _____ | $_____ |
    | Retirement account: | _____ | $_____ |
    | Keogh: | _____ | $_____ |
    | Additional account: | _____ | $_____ |
    | Additional account: | _____ | $_____ |

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes..........................   Institution name or individual:

    | | | |
    |---|---|---|
    | Electric: | _____ | $_____ |
    | Gas: | _____ | $_____ |
    | Heating oil: | _____ | $_____ |
    | Rental unit: | _____ | $_____ |
    | Prepaid rent: | _____ | $_____ |
    | Telephone: | _____ | $_____ |
    | Water: | _____ | $_____ |
    | Rented furniture: | _____ | $_____ |
    | Other: | _____ | $_____ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes..........................   Issuer name and description:

    _____   $_____
    _____   $_____
    _____   $_____

page 6 of 10

Debtor 1   Nancy Rodriguez Martinez

First Name    Middle Name    Last Name

Case number (if known) 26-70057

---

24. **Interests in an education IRA**, **in an account in a qualified ABLE program**, **or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    $_____

_____    $_____

_____    $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them. ..    $0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them. ..    $0.00

27. **Licenses, franchises, and other general intangibles**

*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them. ..    $0.00

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

2024 Possible Tax Refund, 2025 Possible Tax Refund

Federal:   $3,800.00

State:   $0.00

Local:   $0.00

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information. .............

Alimony:   $0.00

Maintenance:   $0.00

Support:   $0.00

Divorce settlement:   $0.00

Property settlement:   $0.00

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ..............    $0.00

Debtor 1  Nancy Rodriguez Martinez
        First Name    Middle Name    Last Name

Case number *(if known)* 26-70057

---

31. **Interests in insurance policies**

    *Examples:* Health, disability**,** or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No

    ☑ Yes. Name the insurance company
    of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Vehicle Insurance Through Geico | | $ 0.00 |
| Medical Insurance Through Blue Cross Blue Shield | | $ 0.00 |
| Home Insurance (South Padre Property)Through Ally Trust | | $ 0.00 |

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. .............

    $ 0.00

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. ......................

    $ 0.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. ......................

    $ 0.00

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ............

    $ 0.00

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................................................... ➔

    $ 8,461.72

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**

    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☐ No

    ☐ Yes. Describe.......

    $ _____

39. **Office equipment, furnishings, and supplies**

    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☐ No

    ☐ Yes. Describe.......

    $ _____

Debtor 1    Nancy Rodriguez Martinez                                    Case number *(if known)* 26-70057
            First Name    Middle Name    Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☐ Yes. Describe.......                                                              $_____

41. **Inventory**

☐ No

☐ Yes. Describe.......                                                              $_____

42. **Interests in partnerships or joint ventures**

☐ No

☐ Yes. Describe.......    Name of entity:                          % of ownership:

   _____   _____%   $_____
   _____   _____%   $_____
   _____   _____%   $_____

43. **Customer lists, mailing lists, or other compilations**

☐ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

   ☐ No

   ☐ Yes. Describe.........                                                    $_____

44. **Any business-related property you did not already list**

☐ No

☐ Yes. Give specific
       information .........   _____   $_____
                              _____   $_____
                              _____   $_____
                              _____   $_____
                              _____   $_____
                              _____   $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ..............................................................→   $ 0.00

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**

Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☐ No

☐ Yes.......................                                                        $_____

Debtor 1  Nancy Rodriguez Martinez
    First Name     Middle Name     Last Name
Case number *(if known)* 26-70057

48. **Crops—either growing or harvested**

☐ No
☐ Yes. Give specific information. ............

$_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes...........................

$_____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes...........................

$_____

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific information. ............

$_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...................................................................➔  $ 0.00

---

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...............................➔  $ 0.00

---

## Part 8:   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**............................................................................................➔  $ 1,269,854.00

56. **Part 2: Total vehicles, line 5**  $ 37,750.00

57. **Part 3: Total personal and household items, line 15**  $ 10,435.00

58. **Part 4: Total financial assets, line 36**  $ 8,461.72

59. **Part 5: Total business-related property, line 45**  $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**  $ 0.00

61. **Part 7: Total other property not listed, line 54**  + $ 0.00

62. **Total personal property.** Add lines 56 through 61. ...................  $ 56,646.72   Copy personal property total ➔  + $ 56,646.72

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. .......................................................  $ 1,326,500.72

Debtor 1 _____ _     Case number *(if known)* 26-70057 _____
          First Name     Middle Name     Last Name

### Continuation Sheet for Official Form 106A/B

**31) Interests in insurance policies**

**Home Insurance Through**                                      0.00
**Nr/Sms/Cal**

Official Form 106A/B                        **Schedule A/B: Property**

**Fill in this information to identify your case:**

Debtor 1 _Nancy Rodriguez Martinez_
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: _ Southern District of Texas

Case number __26-70057_____
 (If known)

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | Owner | Operator |
| Employer's name | Triumphant Residential and Commercial Investments | Pulice Construction Inc. |
| Employer's address | 801 Kerria Ave.<br>Number   Street | 8660 E. Hartford Dr.<br>Number   Street<br>Ste 305 |
|  | Mcallen, TX 78501<br>City        State   ZIP Code | Scottsdale, AZ 85255<br>City        State   ZIP Code |
| How long employed there? | 3 years | 2 weeks |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 5,330.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 0.00 | $ 5,330.00 |

Debtor 1    Nancy Rodriguez Martinez

    First Name       Middle Name       Last Name

Case number *(if known)* 26-70057

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here .............................................................→ | 4. | $ 0.00 | $ 5,330.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 555.53 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $ 555.53 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 4,774.47 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 11,600.92 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. **Add all other income**. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 11,600.92 | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

10.  $ 11,600.92  +  $ 4,774.47  =  $ 16,375.39

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11.  + $ _____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies

12.  $ 16,375.39

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

Nancy Rodriguez Martinez                                           26-70057

Debtor 1 _____          Case number (*if known*)_____
          First Name      Middle Name      Last Name

## Continuation Sheet for Official Form 106I

1. Describe Employment:

Debtor: Nancy Rodriguez Martinez

Occupation: Owner

Name of Employer: 1099 Airbnb Rental

Employer's Address: 310A Padre Blvd, South Padre Island, TX 78597

Length of Employment: 8 months

-------

Debtor: Nancy Rodriguez Martinez

Occupation: Real Estate Agent

Name of Employer: 1099 River Valley Real Estate Processing LLC

Employer's Address: 801 Kerria Ave., Mcallen, TX 78501

Length of Employment: 1 year and 1 month

-------

Official Form 106I                          **Schedule I: Your Income**

**United States Bankruptcy Court**
Texas - Southern

In re: Nancy Martinez

Case No.

Chapter   13

Debtor(s)

## BUSINESS INCOME AND EXPENSES 1099 Airbnb Rental

**Gross Monthly Income**                    $ 8,205.89

**Business Expenses**

| | |
|---|---|
| Cost of goods sold | |
| Advertising | |
| Car and truck expenses | |
| Fees | |
| Depreciation | |
| Employee benefits | |
| Insurance | 239.00 |
| Interest | |
| Legal and professional | |
| Office expense | |
| Pension and profit sharing | |
| Rent | |
| Other leases | |
| Repairs | |
| Maintenance | |
| Supplies | |
| Taxes and licenses | |
| Travel, meals, etc | |
| Utilities | 511.53 |
| Other  HOA | 1,475.61 |
| Property Taxes | 1,375.72 |

**Total Expenses**                    $ 3,601.86

**Net Monthly Income**                  $ 4,604.03

**United States Bankruptcy Court**
Texas - Southern

**In re:** Nancy Martinez

Case No.

Chapter   13

Debtor(s)

## BUSINESS INCOME AND EXPENSES Triumphant Residential and Commercial Investments

**Gross Monthly Income**                                         $ 6,522.29

**Business Expenses**

| | |
|---|---|
| Cost of goods sold | |
| Advertising | |
| Car and truck expenses | |
| Fees | 15.00 |
| Depreciation | |
| Employee benefits | |
| Insurance | |
| Interest | |
| Legal and professional | |
| Office expense | |
| Pension and profit sharing | |
| Rent | |
| Other leases | |
| Repairs | |
| Maintenance | |
| Supplies | |
| Taxes and licenses | 17.50 |
| Travel, meals, etc | |
| Utilities | |
| Other Apple Storage | 71.14 |
| Godaddy | 104.42 |

**Total Expenses**                                                $ 208.06

**Net Monthly Income**                                            $ 6,314.23

**Fill in this information to identify your case:**

Debtor 1 __Nancy Rodriguez Martinez__
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: __Southern District of Texas__
(State)

Case number __26-70057__
(If known)

Check if this is:

☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   　　☐ No
   　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 14 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | **Your expenses** |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 200.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |

Debtor 1    Nancy Rodriguez Martinez

First Name    Middle Name    Last Name

Case number *(if known)* 26-70057

| | Your expenses |
|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans    5. | $ 0.00 |
| 6. **Utilities:** | |
| 6a. Electricity, heat, natural gas    6a. | $ 135.00 |
| 6b. Water, sewer, garbage collection    6b. | $ 108.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services    6c. | $ 345.00 |
| 6d. Other. Specify: _____    6d. | $ 0.00 |
| 7. **Food and housekeeping supplies**    7. | $ 800.00 |
| 8. **Childcare and children's education costs**    8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning**    9. | $ 140.00 |
| 10. **Personal care products and services**    10. | $ 84.00 |
| 11. **Medical and dental expenses**    11. | $ 330.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.    12. | $ 450.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. | $ 90.00 |
| 14. **Charitable contributions and religious donations**    14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. Life insurance    15a. | $ 0.00 |
| 15b. Health insurance    15b. | $ 0.00 |
| 15c. Vehicle insurance    15c. | $ 270.00 |
| 15d. Other insurance. Specify:_____    15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____    16. | $ 0.00 |
| 17. **Installment or lease payments:** | |
| 17a. Car payments for Vehicle 1    17a. | $ 0.00 |
| 17b. Car payments for Vehicle 2    17b. | $ 0.00 |
| 17c. Other. Specify: Subscriptions_____    17c. | $ 50.00 |
| 17d. Other. Specify:_____    17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____    19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | |
| 20a. Mortgages on other property    20a. | $ 0.00 |
| 20b. Real estate taxes    20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance    20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses    20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues    20e. | $ 0.00 |

| Debtor 1 | Nancy Rodriguez Martinez | Case number (*if known*) | 26-70057 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

21. **Other**. Specify: Pet Expenses

Music Class

21.  +$ _____ 73.39

+$ _____ 200.00

+$ _____

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.

22a.  $ _____ 3,275.39

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a

22b.  $ _____

and 22b. The result is your monthly expenses.

22c.  $ _____ 3,275.39

23. **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.

23a.  $ _____ 16,375.39

23b.  Copy your monthly expenses from line 22c above.

23b.  − $ _____ 3,275.39

23c.  Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.

23c.  $ _____ 13,100.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.   Explain here:

**Fill in this information to identify your case:**

Debtor 1     Nancy Rodriguez Martinez
             First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name     Middle Name          Last Name

United States Bankruptcy Court for the Southern District of Texas

Case number   26-70057
(If known)

☒ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                    12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✘ /s/ Nancy Rodriguez Martinez                    ✘ _____
Signature of Debtor 1                                 Signature of Debtor 2

Date 05/08/2026                                        Date _____
     MM / DD / YYYY                                          MM / DD / YYYY

Official Form 106Dec                    **Declaration About an Individual Debtor's Schedules**