**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE No. 26-70057** |
| | § | |
| **NANCY RODRIGUEZ MARTINEZ** | § | |
| | § | |
| | § | |
| | § | |
| **DEBTOR** | § | **CHAPTER 13** |

## OBJECTION TO CLAIM 23-1 FILED BY RENEE MARTIN, TRUSTEE OF THE RENEE MARTIN SURVIVOR

**This is an objection to your claim. This objection asks the Court to disallow the claim that you filed in this bankruptcy case. If you do not file a response within 30 days after the objection was served on you, your claim may be disallowed without a hearing.**

**A hearing has been set on this matter on June 8, 2026, at 2:00pm in 10th Floor Courtroom, 1701 W. Business Hwy 83, McAllen, TX 78501**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE

COMES NOW, Nancy Rodriguez Martinez ("Debtor"), by and through undersigned counsel, and files this Objection to Claim 23-1 (the "Claim") filed by Renee Martin, Trustee of The Renee Martin Survivor ("Creditor"). In support thereof, Debtors respectfully state as follows:

1. The Creditor's Proof of Claim: Renee Martin, Trustee of The Renee Martin Survivor filed an unsecured Proof of Claim in this case on May 7, 2026, asserting a total of $27,000.00 for furniture and appliances that were included in the sale of a condominium located at 310A Padre Blvd Unit 1404 South Padre, TX 78597

2. The Debtor objects to the claim amount of $27,000.00 because the claimant has not offered a legal basis as to why the Debtor owes any money for furniture and appliances that were included in the sale of the sale of the aforesaid property. Please see attached as Exhibit A.

1

3. An affidavit compliant with Local Rule 3007-1 signed by the Debtor and purchaser of the aforesaid property is attached herein as Affidavit in support of this objection.

WHEREFORE, Debtor respectfully request that the Court:

A. Disallow the Claim in the amount of $27,000.00 in its entirety.

B. Award Debtor's attorney reasonable attorney's fees and expenses incurred in connection with this matter; and,

C. Grant such other and further relief as the Court deems just and proper.

Dated:  May 8, 2026

Respectfully Submitted,

/s/ Hooman Khoshnood
Hooman Khoshnood
Debtor's Attorney SBN 24122796
505 East Huntland Dr.
Suite 295
Austin, TX 78752
hooman@hklawpc.com
Telephone No. (512) 866-9811
Fax No. 1 (512) 727-9241

**Certificate of Service**

I, undersigned, do hereby certify that a true and correct copy of the foregoing was forwarded to the following parties as listed below electronically or/and by US Postal Service First Class Mail, postage prepaid on May 8, 2026

Renee Martin
Trustee of Renee Martin Survivor's Trust
3920 N. Shary Rd.
Palmhurst, TX 78573

Yvonne Valdez
Chapter 13 Trustee
539 N. Carancahua Ste 800
Corpus Christi, TX 78401

3

Nancy Rodriguez Martinez
801 Kerria Ave.
McAllen, TX 78501

Kurt Stephen
100 South Bicentennial
McAllen, TX 78501


 Dated:  May 8, 2026

Respectfully Submitted,

/s/ Hooman Khoshnood
Hooman Khoshnood
Debtor's Attorney SBN 24122796
505 East Huntland Dr.
Suite 295
Austin, TX 78752
hooman@hklawpc.com
Telephone No. (512) 866-9811
Fax No. 1 (512) 727-9241

3