**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 11, 2026

Nathan Ochsner, Clerk

In      Nancy Rodriguez Martinez
Re:    Debtor

Case No.: 26–70057

Chapter:  13

---

## ORDER TO RESET CONFIRMATION

The hearing on confirmation of the Debtor's plan is continued until **7/6/26** at **02:00 PM**.

Signed and Entered on Docket: 5/11/26

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge