**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 11, 2026

Nathan Ochsner, Clerk

In Re:   Nancy Rodriguez Martinez

Debtor

Case No.: 26–70057

Chapter:  13

---

**ORDER**
**RESETTING MOTION TO DISMISS**

The chapter 13 trustee's motion to dismiss is continued until **7/6/26** at **02:00 PM.**

Signed and Entered on Docket: 5/11/26

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge