**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
IN THE MCALLEN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 26-70057** |
| **NANCY RODRIGUEZ MARTINEZ** | § | |
| **DEBTOR** | § | **CHAPTER 13 CASE** |

**NOTICE OF WITHDRAWAL OF
POC#23 filed by RENEE MARTIN, TRUSTEE OF THE RENEE MARTIN SURVIVOR'S
LIVING TRUST**

Renee Martin, Trustee of the Renee Martin Survivor's Living Trust, hereby withdraws its/her Proof of Claim: Claim No. 23.

Dated this 20th day of May, 2026.

*THE LAW OFFICE OF KURT STEPHEN, PLLC*

By:   */S/KURT STEPHEN*
        KURT STEPHEN
        **Counsel for Claimant**
        State Bar No. 19147500
        100 South Bicentennial
        McAllen, Texas  78501-7050
        (956) 631-3381 - Telephone
        (956) 402-3001 - Facsimile

CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of May, 2026  the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, pursuant to Bankruptcy Local Rule 5005 and the Administrative Procedures for Electronic Filing  and a true and correct copy of the foregoing has been served via electronic means through the Court's electronic filing system to all parties receiving notice via ECF in this case and/or, to those not served electronically, mailed by First Class, United States Mail, postage pre-paid, to all parties as shown on the attached Service List.  (Although the Service List is filed with the Court it is omitted from the mailout.  You may obtain a copy of the Service List by request from my office).

*/S/KURT STEPHEN*
Kurt Stephen