**Fill in this information to identify your case:**

Debtor 1  Nancy Rodriguez Martinez
          First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name       Last Name

United States Bankruptcy Court for the:  Southern District of Texas
                                                              (State)

Case number   26-70057
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 14 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 0.00 |
| **If not included in line 4:** | | |
| 4a.  Real estate taxes | 4a. | $ 0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $ 150.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1 _Nancy Rodriguez Martinez_____
  First Name        Middle Name        Last Name

Case number (*if known*)_26-70057_____

| | Your expenses |
|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans   5.   $_____0.00

6. **Utilities:**
   6a.   Electricity, heat, natural gas   6a.   $_____135.00
   6b.   Water, sewer, garbage collection   6b.   $_____108.00
   6c.   Telephone, cell phone, Internet, satellite, and cable services   6c.   $_____345.00
   6d.   Other. Specify: _____   6d.   $_____0.00

7. **Food and housekeeping supplies**   7.   $_____700.73

8. **Childcare and children's education costs**   8.   $_____0.00

9. **Clothing, laundry, and dry cleaning**   9.   $_____140.00

10. **Personal care products and services**   10.   $_____84.00

11. **Medical and dental expenses**   11.   $_____330.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.   12.   $_____450.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**   13.   $_____65.00

14. **Charitable contributions and religious donations**   14.   $_____0.00

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.   Life insurance   15a.   $_____0.00
    15b.   Health insurance   15b.   $_____0.00
    15c.   Vehicle insurance   15c.   $_____270.00
    15d.   Other insurance. Specify:_____   15d.   $_____0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____   16.   $_____0.00

17. **Installment or lease payments:**
    17a.   Car payments for Vehicle 1   17a.   $_____0.00
    17b.   Car payments for Vehicle 2   17b.   $_____0.00
    17c.   Other. Specify:_Subscriptions_____   17c.   $_____50.00
    17d.   Other. Specify:_____   17d.   $_____0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**   18.   $_____0.00

19. **Other payments you make to support others who do not live with you.**
    Specify:_____   19.   $_____0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    20a.   Mortgages on other property   20a.   $_____0.00
    20b.   Real estate taxes   20b.   $_____0.00
    20c.   Property, homeowner's, or renter's insurance   20c.   $_____0.00
    20d.   Maintenance, repair, and upkeep expenses   20d.   $_____0.00
    20e.   Homeowner's association or condominium dues   20e.   $_____0.00

Debtor 1    Nancy Rodriguez Martinez
            First Name        Middle Name        Last Name

Case number (*if known*)___26-70057___

21.  **Other**. Specify:__Pet Expenses_____    21.  **+**$_____73.39___

Music Class_____    **+**$_____200.00___

Property Taxes Reserve Fund_____    **+**$_____1,380.00___

22.  **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a.  $_____4,481.12___

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a    22b.  $_____

and 22b. The result is your monthly expenses.    22c.  $_____4,481.12___

23.  **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $_____17,751.12___

23b.  Copy your monthly expenses from line 22c above.    23b.  **−**$_____4,481.12___

23c.  Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.    23c.  $_____13,270.00___

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

**Fill in this information to identify your case:**

Debtor 1   Nancy Rodriguez Martinez
          First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the  Southern District of Texas

Case number   26-70057
(If known)

❑ Check if this is an
   amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

❑ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /s/ Nancy Rodriguez Martinez                    ✖ _____

Signature of Debtor 1                              Signature of Debtor 2

Date 07/01/2026                                    Date _____
   MM / DD  / YYYY                                    MM / DD  / YYYY

Official Form 106Dec                    **Declaration About an Individual Debtor's Schedules**