IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 26-70057 |
| NANCY RODRIGUEZ MARTINEZ | § | (Chapter 13) |
| DEBTOR | | |

## MOTION FOR RELIEF FROM THE STAY AND CO-DEBTOR STAY REGARDING NON-EXEMPT PROPERTY

**THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY. IF IT IS GRANTED, THE MOVANT MAY ACT OUTSIDE OF THE BANKRUPTCY PROCESS. IF YOU DO NOT WANT THE STAY LIFTED, IMMEDIATELY CONTACT THE MOVING PARTY TO SETTLE. IF YOU CANNOT SETTLE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY AT LEAST 7 DAYS BEFORE THE HEARING. IF YOU CANNOT SETTLE, YOU MUST ATTEND THE HEARING. EVIDENCE MAY BE OFFERED AT THE HEARING AND THE COURT MAY RULE.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**THERE WILL BE AN ELECTRONIC HEARING ON THIS MATTER ON AUGUST 3, 2026 at 9:00 A.M. IN MCALLEN DIVISION, UNITED STATES BANKRUPTCY COURT AT 1701 W. BUSINESS HWY 83, 10TH FLOOR COURTROOM, MCALLEN, TEXAS 78501.**

To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number **999276 and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: **judgerodriguez. Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

1. This motion requests an order from the Bankruptcy Court authorizing the person filing this motion to foreclose on or to repossess the property that is identified in paragraph 3.

2. Movant: Renee Martin, Trustee of the Renee Martin Survivor's Living Trust of the Tomas N. Tijerina and Renee S. Martin, Co-Trustees of the Tomas N. Tijerina and Renee S. Martin Living Trust dated March 9, 2010.

3.      Movant, directly or as agent for the holder, holds a security interest in **Residence Number One Thousand Four Hundred Four (1404), SAPPHIRE CONDOMINIUMS, in the City of South Padre Island, Cameron County, Texas, according to Residential Condominium Declaration dated November 30, 2005, recorded in Volume 12017, Page 81, Official Records of Cameron County, Texas, amended in First Amendment dated July 11, 2008, recorded in Volume 15257, Page 236, Official Records of Cameron County, Texas, and in Supplemental Residential Condominium Declaration dated July 14, 2008, recorded in Volume 15257, Page 247, Official Records of Cameron County, Texas, together with an undivided interest in the general common elements as described in said Residential Declaration (the "Property" and/or "Condo") with an address of 310A Padre Blvd., South Padre Island, Texas.**

4.   Movant has reviewed the schedules filed in this case.  The property described in paragraph 3 is claimed as Non-exempt by the debtor.  Movant does not contest the claimed exemption.

5.   Type of collateral (e.g., Home, Manufactured Home, Car, Truck,  Motorcyle): Condo at South Padre Island, Texas.

6.   Debtor's scheduled value of property: $970,774.00.

7.   Movant's estimated value of property: $1,000,000.00.

8.   Total amount owed to movant: $737,351.96 (POC: Claim No. 22).

9.   Estimated equity (paragraph 7 minus paragraph 8): $262,648.04.

10.   Total pre and post-petition arrearages: $50,259.14 ($31,992.38 pre/$18,266.76 OGM thru June 2026).

11.   Total post-petition arrearages: $18,266.76 (March 2026 thru June 2026 mtg. payments at $4,566.69) and/or Debtor is delinquent $14,820.00 with her plan payments thru June 2026, see attached Exhibit "A".

12.   Amount of unpaid, past due property taxes, if applicable: $54,864.53 per Cameron County Proof of Claim: Claim No. 1. (2024 delinquent taxes as of February 2026 are $19,950.44; 2025 delinquent taxes as of February 2026 are $17,664.35, estimated 2026 property taxes of $16,508.74, plus additional fees of about $741.00). Debtor's schedules show a pre-petition amount owing for HOA fees of $6,712.43. Debtor's most recent Schedule J (Doc.#46) filed July 1, 2026 does not provide for post-petition HOA fees.

13.   Expiration date on insurance policy, if applicable: _____.

14.   _____✓_____   Movant seeks relief based on the debtor(s)' failure to make payments. Debtor(s)' payment history is attached as exhibit "A."  Movant represents that the attached payment history is a current payment history reflecting  all payments, advances, charges and credits from the beginning of the loan.  Movant further represents that the payment history is self explanatory or can be interpreted by application of coding information that is also attached. Movant acknowledges that the Court may prohibit the use of parol evidence to interpret a payment history that does not satisfy these representations.

15.   _____.  Movant seeks relief based on the debtor(s)' failure to provide a certificate of insurance reflecting insurance coverage as required under the debtor's pre-petition contracts.

16.  If applicable:  Name of Co-Debtor: <u>Rodolfo Longoria Martinez.</u>

17.  Based on the foregoing, movant seeks termination of the automatic stay and the co-debtor stay to allow movant to foreclose or repossess the debtor(s)' property and seeks to recover its costs and attorneys' fees in an amount not to exceed the amount listed in paragraph 9.

18.  Movant certifies that prior to filing this motion an attempt was made to confer with the Debtor(s)' counsel (or with Debtor(s), if *pro se*) either by telephone, by e-mail or by facsimile, by the following person on the following date and time: Monday, June 29th, 2026 at 11:51am, Veronica Cantu, Legal Assistant for Kurt Stephen emailed Debtor's Counsel, Hooman Khoshnood regarding attempting to conference for several Debtor deficiencies.  An agreement could not be reached.  If requested by debtor or debtor's counsel, a payment history in the form attached to this motion was provided at least two days, excluding intermediate weekends and holidays, before this motion was filed.

Date: July 7, 2026                    **THE LAW OFFICE OF KURT STEPHEN, PLLC**

By:  ***/S/KURT STEPHEN***_____
       KURT STEPHEN
       **Counsel for Movant**
       State Bar No. 19147500
       100 South Bicentennial
       McAllen, Texas 78501-7050
       (956) 631-3381 - Telephones
       (956) 402-3001– Facsimile

**<u>Certificate of Service and Certificate of Compliance with BLR 4001</u>**

A copy of this motion was served on the persons at the addresses reflected on the attached service list on July 7, 2026 by prepaid United States first class mail. Movant certifies that Movant has complied with Bankruptcy Local Rule 4001. Although the Service List is filed with the Court it is omitted from the mailout. You may obtain a copy of the Service List by request from my office.

***/S/KURT STEPHEN***_____
KURT STEPHEN