

Print Page

| Which Debtor:  **NANCY R MARTINEZ** | | | | | | Schedule Number: **1** |
|---|---|---|---|---|---|---|
| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action / Note |
| 3/28/2026 | 2.00 | $12,530.00 | MONTHLY | NANCY R MARTINEZ | 3/17/2026 | None |
| 5/28/2026 | 2.00 | $13,100.00 | MONTHLY | NANCY R MARTINEZ | 6/24/2026 | None |
| 7/28/2026 | end of plan | Total Plan Payment Due **$14,650.00** / Creditor Portion $13,270.00 / Debtor Portion $0.00 / Reserves Portion $1,380.00 / POSTPET RSV AD VALOREM $1,380.00 | MONTHLY | NANCY R MARTINEZ | 7/1/2026 | None |

**Forgive Information**

| Date | Creditor Forgive Amount | ESF/RESV Forgive Amount | Description | Apply Amount After This Date To Next Period |
|---|---|---|---|---|
| No Forgive Amounts Entered | | | | |

**Base Amount Information**

| | |
|---|---|
| Base Amount: | $871,660.00 |
| Proposed Length of Plan: | 60 |

**Reserve Claim Information**

| | |
|---|---|
| Reserve Amount Funded: | $0.00 |
| Reserve Amount Balance: | $0.00 |

**Delinquency Detail Information**

| | |
|---|---|
| Date Of Last Receipt: | 7/3/2026 (4 days ago) |
| Amount of Last Receipt: | $3,000.00 |
| % of Total Received: | 71.09 |
| Date Delinquency Last Updated: | 7/6/2026 |
| Number Of Mo Pymts Delinquent: | 1 |
| Number Of Periods Delinquent: | 2 |
| Delinquency Flag 1: | |
| Delinquency Flag 2: | |
| Total Amount Delinquent: | $14,820.00 |

**Click to View Debtor schedules.**

**Breakdown for Combined Schedules**

| Period | Date (Month/Year) | Total Plan Payment Due in Period | Creditor Portion | Reserve Portion | Payment Received | Creditor Allocation | Reserve Allocation | Creditor Due | Reserve Due | Forgive Amount | Delinquency Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3/2026 | $12,530.00 | $12,530.00 | | | | | $12,530.00 | | | $12,530.00 |
| 2 | 4/2026 | $12,530.00 | $12,530.00 | | $12,540.00 | $12,540.00 | | ($10.00) | | | $12,520.00 |
| 3 | 5/2026 | $13,100.00 | $13,100.00 | | $10,900.00 | $10,900.00 | | $2,200.00 | | | $14,720.00 |
| 4 | 6/2026 | $13,100.00 | $13,100.00 | | $10,000.00 | $10,000.00 | | $3,100.00 | | | $17,820.00 |
| 5 | 7/2026 | | | | $3,000.00 | | | | | | $14,820.00 |
| Totals | | $51,260.00 | $51,260.00 | $0.00 | $36,440.00 | $33,440.00 | $0.00 | $17,820.00 | $0.00 | $0.00 | $14,820.00 |

**Breakdown for Reserve Claims**

| Period | Month/Year | Total Portion | POSTPET RSV AD VALOREM Portion | POSTPET RSV HOA FEES Portion | POSTPET RSV FIT Portion | POSTPET RSV OTHER SEC Portion | POSTPET RSV OTHER PRIORITY Portion | POSTPET RSV UNSECURED Portion | POSTPET RSV AD VALOREM 2ND PROP Portion | AD VALOREM 3RD PROP Portion | AD VALOREM 4TH PROP Portion | AD VALOREM 5TH PROP Portion | Total Allocated | POSTPET RSV AD VALOREM Allocated | POSTPET RSV HOA FEES Allocated | POSTPET RSV FIT Allocated | POSTPET RSV OTHER SEC Allocated | POSTPET RSV OTHER PRIORITY Allocated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3/2026 | | | | | | | | | | | | | | | | | |
| 2 | 4/2026 | | | | | | | | | | | | | | | | | |
| 3 | 5/2026 | | | | | | | | | | | | | | | | | |
| 4 | 6/2026 | | | | | | | | | | | | | | | | | |
| Totals | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Total Delinquent Amount: $14,820.00**

**EXHIBIT "A"**